# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

UNITED STATES OF AMERICA

v.

YONG OUYANG, a/k/a "Alun"

**MAGISTRATE JUDGE NOLAN**

**WARRANT FOR ARREST**

**CASE NUMBER:** 07 CR 799

07 CR 799

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   YONG OUYANG, a/k/a "Alun"
                                      Name

and bring him or her forthwith to the nearest magistrate to answer a CRIMINAL COMPLAINT charging that:

Beginning in or about November 2003, and continuing until in or about June 2006, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere, YONG OUYANG and others did conspire with each other and other persons known and unknown to knowingly and intentionally distribute and to possess with the intent to distribute controlled substances, namely, more than 500 grams of mixtures containing a detectable amount of methamphetamine, a Schedule II controlled substance, quantities of 3,4-methylenedioxymethamphetamine (commonly known as "Ecstasy" or "MDMA"), a Schedule I controlled substance, and 100 kilograms or more of mixtures containing marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846, and Title 18, United States Code, Section 2.

NAN R. NOLAN
Name of Issuing Officer

*Nan R. Nolan*
Signature of Issuing Officer

(By) Deputy Clerk

Bail fixed at $ _____ by _____
                                   Name of Judicial Officer

United States Magistrate Judge
Title of Issuing Officer

December 5, 2007, at Chicago, Illinois
Date and Location

**FILED**
12-6-07
DEC - 6 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| This warrant | | lant at _____ |
| DATE RECEIVED 12/5/07 | NAME AND TITLE OF ARRESTING OFFICER  Chris Yoder  Special Agent | SIGNATURE OF ARRESTING OFFICER  *CY* |
| DATE OF ARREST 12/6/07 | | |