UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good
standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for
by Local Rules 83.12 through 83.14.

In the Matter of                                    Case  07 CR 799 - 7

USA    YONG OUYANG

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

YONG OUYANG

FILED
DEC 06 2007
MAGISTRATE JUDGE VAN A. NOLAN
UNITED STATES DISTRICT COURT

| | |
|---|---|
| SIGNATURE s/ STANLEY L. HILL | |
| FIRM STANLEY L. HILL | |
| STREET ADDRESS 651 W. WASHINGTON BLVD #205 | |
| CITY/STATE/ZIP CHICAGO, IL 60661 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 1216732 | TELEPHONE NUMBER (312) 917 8888 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☒