# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

IN UNITED STATES: ☐ MAGISTRATE ☒ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: USA vs. U WEN ZHOU
FOR: NORTHERN DISTRICT ILLINOIS
AT: EASTERN DIVISION

LOCATION NUMBER: ___

**PERSON REPRESENTED** (Show your full name): YONG QUYANG

☒ 1. Defendant – Adult
☐ 2. Defendant – Juvenile
☐ 3. Appellant
☐ 4. Probation Violator
☐ 5. Parole Violator
☐ 6. Habeas Petitioner
☐ 7. 2255 Petitioner
☐ 8. Material Witness
☐ 9. Other (Specify) ___

**DOCKET NUMBERS**
Magistrate: ___
District Court: 07CR799-7
Court of Appeals: ___

**CHARGE/OFFENSE** (describe if applicable & check box →) ☒ Felony ☐ Misdemeanor
21 U.S.C. §846 and 18 U.S.C. §2

FILED DEC 0 6 2007

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**
Are you now employed? ☒ Yes ☐ No ☐ Am Self Employed
Name and address of employer: LOBSTER KING RESTAURANT
IF YES, how much do you earn per month? $ 2,500.00
IF NO, give month and year of last employment ___ How much did you earn per month? $ ___
If married is your Spouse employed? ☐ Yes ☒ No
IF YES, how much does your Spouse earn per month? $ ___
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
RECEIVED / SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY $ ___ / ___
THE SOURCES

**CASH**
Have you any cash on hand or money in savings or checking account ☐ Yes ☒ No IF YES, state total amount $ ___

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
VALUE / DESCRIPTION
IF YES, GIVE THE VALUE AND $ ___ / ___
DESCRIBE IT

FILED DEC 6 2007 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

### OBLIGATIONS & DEBTS

**DEPENDENTS**
MARITAL STATUS: ☒ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
Total No. of Dependents: 0
List persons you actually support and your relationship to them: ___

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| | GROCERIES | $ | $ |
| | MISCELLANEOUS PERSONAL | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) ___

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): Yong L Qu Yang