## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 799 - 7 | **DATE** | 12/10/07 |
| **CASE TITLE** | USA vs. Yong Ouyang | | |

**DOCKET ENTRY TEXT**

Detention hearing held. Government seeks detention. Detention hearing is continued to 01/29/08 at 4:00 p.m.

Docketing to mail notices.

00:05

| | | Courtroom Deputy Initials: | LXS |
|---|---|---|---|