Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 CR 799 - 7 | DATE | 1/2/2008 |
| CASE TITLE | USA vs. Yong Ouyang | | |

**DOCKET ENTRY TEXT**

Bond hearing held. Government and defendant agree on certain conditions of release. Preliminary examination hearing is set for 01/03/08 at 9:30 a.m.

Docketing to mail notices.

00:05

| | | Courtroom Deputy Initials: | LXS |
|---|---|---|---|